FILED
CHARLOTTE, NC

OCT 1 7 2017

U.S. District Court
Western District of NC

**UNITED STATES DISTRICT COURT**
**For the WESTERN DISTRICT OF NORTH CAROLINA**

**MISCELLANEOUS NO.** 3:17 mc 146

**IN RE:** **OFFICIAL COURT CLOSING**

## O R D E R

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Friday, November 24, 2017, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will also be closed on Monday, December 25, 2017, and Tuesday, December 26, 2017, for the Christmas holiday season.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 17th day of October, 2017.

Frank D. Whitney, Chief
U.S. District Court Judge